UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Shawn Hyunsu Park,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　- against -<br><br>Kominox USA, Inc. and Yoonkon Yang,<br><br>　　　　　　　　　　Defendants. | Case No. 2:22-CV-00356<br><br>**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and Defendants in the above-captioned action, that, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed, without prejudice and without costs or attorneys' fees to any party, as to Plaintiff or Defendants.

Dated:  February 13, 2023
　　　　Fort Lee, New Jersey

| | |
|---|---|
| Ryan Kim Law, P.C. | Song Law Firm |
| By:___/s/ Ryan Kim_____<br>　Ryan J. Kim, Esq.<br>　222 Bruce Reynolds Blvd. Suite 490<br>　Fort Lee, NJ 07024<br>　Tel: (201)897-8787<br>　Email: ryan@ryankimlaw.com<br>　*Attorneys for Plaintiff* | By: _/s Jessica Rozenbaum_____<br>　Jessica Rozenbaum, Esq.<br>　400 Kelby Street, 19th Floor<br>　Fort Lee, NJ 07024<br>　Tel: (201) 461-0031<br>　Email: jrozenbaum@songlawfirm.com<br>　*Attorneys for Defendants* |

_____

SO ORDERED.